## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOKAI KOGYO KABUSHIKI KAISHA, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| VOLKSWAGEN OF AMERICA, INC., | ) | |
| VOLKSWAGEN AG, COMPAGNIE DE | ) | |
| SAINT-GOBAIN, and PILKINGTON PLC, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RULE 7.1 STATEMENT

Plaintiff Tokai Kogyo Kabushiki Kaisha states that it has no parent company, and

that Toyota Auto Body Co. and Honda Motor Co., Ltd. own 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mnoreika@mnat.com
*Attorneys for Plaintiff*

OF COUNSEL:

Scott M. Daniels
Ken-Ichi Hattori
William F. Westerman
WESTERMAN, HATTORI, DANIELS AND ADRIAN, LLP
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20016
(202) 822-1100

October 13, 2005
487435