## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOKAI KOGYO KABUSHIKI KAISHA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOLKSWAGEN OF AMERICA, INC., )<br>VOLKSWAGEN AG, COMPAGNIE DE )<br>SAINT-GOBAIN, and PILKINGTON PLC, )<br>)<br>Defendants. ) | Civil Action No. 05-727 (SLR) |

### NOTICE OF DISMISSAL

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
_____
Jack Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Plaintiff
   Tokai Kogyo Kabushiki Kaisha

OF COUNSEL:

Scott M. Daniels
Ken-Ichi Hattori
William F. Westerman
WESTERMAN, HATTORI, DANIELS AND ADRIAN, LLP
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20016
(202) 822-1100

November 9, 2006


545042